■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL ZIGLER, Appellant. [759 NYS2d 327] —Judgment, Supreme Court, New York County (Carol Berkman, J., at suppression motion; Dorothy Cropper, J., at plea and sentence), rendered March 13, 2000, convicting defendant of assault in the second degree, and sentencing him, as a second felony offender, to a term of four years, unanimously affirmed.

The court properly denied defendant's suppression motion without a hearing. The totality of the record, with particular reference to the motion court's colloquy with counsel concerning the facts of the case, establishes that defendant's allegations were insufficient, in light of his access to relevant information, to raise a factual issue warranting a hearing (*see People v Jones*, 95 NY2d 721, 728-729 [2001]; *People v Soto*, 284 AD2d 158 [2001], *lv denied* 96 NY2d 924 [2001]; *People v Rosario*, 245 AD2d 151 [1997], *lv denied* 91 NY2d 896 [1998]).

We perceive no basis for reducing the sentence. Concur—Nardelli, J.P., Saxe, Sullivan, Wallach and Williams, JJ.

■ JOHN STANDLEY, Appellant, v LYNNE F. STEWART, Respondent. [759 NYS2d 327] —Order, Supreme Court, New York County (Jane Solomon, J.), entered December 18, 2001, which granted defendant's motion to dismiss the complaint, unanimously affirmed, without costs.

Plaintiff was convicted, upon his guilty plea, of murder in the second degree (*People v Standley*, 140 AD2d 728 [1988], *lv denied* 72 NY2d 925 [1988]). Plaintiff's various applications for postconviction relief, including his federal habeas corpus petition on which he was represented by defendant, were all unavailing. Accordingly, this action for legal malpractice must be dismissed; while the determination of guilt against plaintiff remains undisturbed, no cause of action attributing plaintiff's conviction to negligent legal representation will lie (*Carmel v Lunney*, 70 NY2d 169, 173 [1987]; *Christy & Viener v Sagona*, 269 AD2d 284 [2000]).

We have considered plaintiff's procedural arguments and find them unavailing. Concur—Nardelli, J.P., Saxe, Sullivan, Wallach and Williams, JJ.